UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL ARNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-01981-JPH-TAB |
| PROGRESS RESIDENTIAL, LLC, PROGRESS RESIDENTIAL PROPERTY MANAGER, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The Court has reviewed the terms of the settlement reached by the parties and approves it as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act. The parties' joint motion for court approval of the settlement, dkt. [25], is therefore **GRANTED**. The Court retains jurisdiction to enforce the Settlement Agreement. This case is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs except as otherwise agreed.

**SO ORDERED.**

Date: 1/2/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian Lee Mosby
LITTLER MENDELSON, P.C.
bmosby@littler.com

Jennifer L. Romaniuk
LITTLER MENDELSON, P.C. (Indianapolis)
jromaniuk@littler.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com